AIMEE APPIETTO, Respondent, v. SIMON PATINO et al., Appellants.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MADELINE FITZPATRICK et al., Respondents, v. THOMAS E. MURRAY, as Receiver of Interborough Rapid Transit Company, Appellant.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON D. KAUFMAN, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JAN SABL, Appellant-Respondent, v. LAENDERBANK WIEN AKTIENGESELLSCHAFT, Respondent, and BANQUE DES PAYS DE L'EUROPE CENTRALE, Respondent-Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

CONCETTA MARTINO, Respondent, v. ANTHONY MARTINO, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Arbitration between JOHN KELLYS (LONDON) LIMITED, Respondent, and PHILIP KACHURIN, Doing Business under the Name of KACHURIN DRUG COMPANY, Appellant.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

### (June 12, 1943.)

GROMBACH PRODUCTIONS, INC., v. FRED C. WARING et al., Impleaded with Another.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

### (June 18, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON JANOWITZ, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ST. LOUIS UNION TRUST COMPANY, as Trustee under the Will of CHARLES STOFFREGEN, Deceased, Appellant, v. CARL H. STOFFREGEN et al., Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.